UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PH.D. MICHIGAN, L.L.C., and
DAIMLER CHRYSLER MOTORS,
L.L.C.,

      Plaintiffs,              CIVIL ACTION NO. 04-CV-73964-DT

  vs.                             DISTRICT JUDGE NANCY G. EDMUNDS

OUTFITTER'S ASS'N OF        MAGISTRATE JUDGE MONA K. MAJZOUB
AMERICA, WP PRODUCTIONS,
and WAYNE PEARSON,

      Defendants.
_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO QUASH SUBPOENAS FOR RECORDS DIRECTED TO UNITED BANKING COMPANY, PEARSON OUTDOOR PROMOTIONS, INC., AND TARGET MEDIA, INC.

Before the Court is Defendants' Motion for Protective Order to Quash Subpoena for Records Directed to United Banking Company, Pearson Outdoor Promotions, Inc., and Target Media, Inc., filed March 22, 2006, and referred to the undersigned for hearing and determination on March 23, 2006 by the Honorable Nancy G. Edmunds.  The parties have fully briefed the motion, and oral arguments were presented by counsel on May 10, 2006.

At the hearing Defendant withdrew its motion with respect to the subpoena issued to United Banking Company.  For the reasons stated on the record during the oral hearing, Defendants' Motion for Protective Order to Quash Subpoena for Records Directed to Pearson Outdoor Promotions, Inc., and Target Media, Inc. is **DENIED**.  The subject records will be produced to Plaintiff on or before May 19, 2006.

    **IT IS SO ORDERED**.

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: May 11, 2006                         s/ Mona K. Majzoub
                                            MONA K. MAJZOUB
                                            UNITED STATES MAGISTRATE JUDGE

## Proof of Service

I hereby certify that a copy of this Opinion and Order was served upon Counsel of Record on this date.

Dated: May 11, 2006                         s/ Lisa C. Bartlett
                                            Courtroom Deputy